## Commonwealth *v.* Bartkowski, Appellant.

814

 Argued September 17, 1970. *David Kanner,* with him *Kanner, Stein, Feinberg & Barol,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY and HOFFMAN, JJ., would reverse the conviction of possessing obscene literature.